UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61743-STRAUSS

**YALEISY ROMAN RAMIREZ,**

    Plaintiff,

v.

**ABC INTERNATIONAL CLEANING SERVICES INC.,** *et al.***,**

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE

**THIS MATTER** comes before the Court on the parties' "Joint Motion for Approval of Parties' FLSA Settlement Agreement and Dismissal With Prejudice" (DE 43). This case was referred to me to conduct all proceedings and order entry of a judgment in accord with 28 U.S.C. 636(c) and Federal Rule of Civil Procedure 73. (DE 46).

Because this is an FLSA action, the Court must scrutinize the parties' settlement for fairness and ensure that the settlement constitutes "a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353, 1355 (11th Cir. 1982). If the settlement reflects a reasonable compromise over FLSA issues that are in dispute, the Court may approve the settlement "to promote the policy of encouraging settlement in litigation." *Id.* at 1354. Additionally, the Court must consider the reasonableness of Plaintiffs' counsel's fees. *See Silva v. Miller*, 307 F. App'x 349, 351 (11th Cir. 2009).

Having reviewed the record[1] and the parties' Joint Motion, I find that the Agreement represents a fair and reasonable resolution under the circumstances. In so finding, I have

---

[1] I also had the opportunity to conduct the settlement conference in this case. (DE 40).

considered a number of factors, including "(1) the [lack] of collusion behind the settlement; (2) the complexity, expense, and likely duration of the litigation; (3) the stage of the proceedings and the amount of discovery completed; (4) the probability of plaintiff's success on the merits; (5) the range of possible recovery; and (6) the opinions of counsel." *See Losa v. Inter-Rail Transp. of Miami, LLC*, No. 1:19-CV-23679-KMM, 2020 WL 7426741, at *1 (S.D. Fla. Apr. 10, 2020). I also find that the amount of attorneys' fees and costs Plaintiffs' counsel is receiving under the Agreement to be reasonable under the circumstances.

Accordingly, it is **ORDERED and ADJUDGED** that:

1. The Agreement is **APPROVED**.

2. This case is **DISMISSED with prejudice**. However, the Court reserves jurisdiction for 30 days from the date of this Order to enforce the Agreement.

3. This case shall remain **CLOSED**. (*See* DE 41).

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 17th day of December 2021.

Jared M. Strauss
United States Magistrate Judge